IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHELLE DUER, | CASE NO. 5:13-cv-01005 EJD |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| JEFFREY WEI, et. al., | |
| Defendant(s). | |

On June 10, 2013, this court issued a Case Management Order which scheduled a Preliminary Pretrial Conference for this action on January 17, 2014, and required the parties to file a Joint Preliminary Pretrial Conference Statement on or before January 8, 2014. See Docket Item No. 13. As of the date and time this order was filed, the parties have not complied as directed.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute or for failure to comply with a court order. If Plaintiff does not, **by 12:00 p.m. on January 10, 2014,** file a Joint Preliminary Pretrial Conference Statement which conforms to the undersigned's Standing Order or otherwise demonstrate good cause in writing why this case should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated: January 9, 2014

EDWARD J. DAVILA
United States District Judge