LAW OFFICES OF BENNY MARTIN
Benjamin Martin (SBN 257452)
2831 Telegraph Avenue
Oakland, CA 94609
Phone: (415) 558-1760
Fax: (510) 272-0711

knowyourrightsinsf@gmail.com

Attorneys for Plaintiff Michelle Duer

IT IS SO ORDERED

*(signature)*

Judge Edward J. Davila

3/10/2014

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MICHELLE DUER, an individual, | Case No. CV13-1005 EJD |
| Plaintiff, | |
| v. | **PLAINTIFF MICHELLE DUER'S NOTICE OF DISMISSAL AND DISMISSAL OF ENTIRE ACTION** |
| JEFFREY WEI, an individual; WEI LABORATORIES, INC., a business entity, and DOES 1-20 and DOES 1-20, | |
| Respondents. | |

PLEASE TAKE NOTICE THAT PLAINTIFF MICHELLE DUER HEREBY DISMISSES THE

ENTIRE ACTION AS TO ALL DEFENDANTS IN THE ABOVE-ENTITLED MATTER EFFECTIVE

IMMEDIATELY.      The Clerk shall close this file.

Respectfully submitted,

DATED:  August 9, 2013          By:      /s/          Benjamin Martin
                                    Benjamin Martin, Esq.
                                    LAW OFFICES OF BENNY MARTIN
                                    *Attorneys for Plaintiff Michelle Duer*

## PROOF OF SERVICE

I, BENNY MARTIN, declare as follows:

I reside in the United States, and my business address is 2831 Telegraph Avenue Oakland, CA 94609, and I am over the age of eighteen years and not a party to the within entitled action.  I am not a registered California process server.  I am readily familiar with the normal business practice for collection and processing of correspondence for mailing with the U.S. postal Service, and that practice is that correspondence is deposited with eh US Postal Service the same day of collection in the ordinary course of business.

On March 7, 2014 I served the attached:

**PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE PLAINTIFF MICHELLE DUER'S NOTICE OF DISMISSAL AND DISMISSAL OF ENTIRE ACTION**

on the interested parties in said action, by placing a true copy thereof in sealed envelope(s) addressed as follows:

KEVIN P. O'BRIEN
Tingley Piontkowski, LLP (Attorney for Defendants)
10 Almaden Blvd., Ste. 430
San Jose, CA 95113

And served the named document in the manner indicated below:

**BY MAIL:** I caused true and correct copies of the above documents, by following ordinary business practices, to be placed and sealed in envelope(s) addressed to the addresses(s), at the United States Postal Service mail box on the corner in San Francisco for the collection and mailing with the United States Postal Service, and in the ordinary course of business, correspondence placed for collection on a particular day is deposited with the United States Postal Service that same day.

I declare under the penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed March 7, 2014 at Oakland California.

_____
BENNY MARTIN